# MEMORANDUM CASES.

[L. A. No. 7098. In Bank.—September 13, 1923.]

UNION TOOL COMPANY, Respondent, v. THE FARMERS AND MERCHANTS' NATIONAL BANK OF LOS ANGELES et al., Appellants.

[1] BANKS AND BANKING — FORGED CHECKS — MODIFICATION OF JUDG-MENT.—Upon the authority of the case of *Union Tool Co.* v. *Farmers & Merchants' National Bank of Los Angeles et al., ante,* p. 40, the judgment in this case is modified by reducing the amount thereof to be recovered by the plaintiff from the defendant, and by the defendant from the intervener, by the sum of $4,221.37, with interest thereon from the fourth day of March, 1920, at the rate of seven per cent per annum; otherwise the judgment is affirmed.

APPEAL from a judgment of the Superior Court of Los Angeles County. Russ Avery, Judge. Affirmed as modified.

The issues involved in this cause are identical with those considered in *Union Tool Co.* v. *Farmers & Merchants' National Bank of Los Angeles et al., ante,* p. 40.

Lawlor & Degnan for Cross-complainant and Appellant.

Page & Hurt and Eugene D. Williams for Intervener and Appellant.

Andrews, Toland, Gregg & Andrews, A. V. Andrews and H. W. Reynolds for Respondent.

THE COURT.—[1] The issues involved in this cause are identical with those considered in *Union Tool Co.* v. *Farmers & Merchants' National Bank of Los Angeles et al., ante,* p. 40 [28 A. L. R. 1417, 218 Pac. 424]. Upon the authority of that case the judgment is modified by reducing the amount thereof to be recovered by the plaintiff from the defendant, and by the defendant from the intervener, by the sum of $4,221.37, with interest thereon from the fourth day of March, 1920, at the rate of seven per cent per annum; otherwise the judgment is affirmed.